

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.  9:18-PO-5052-JCL** |
| Plaintiff, | VIOLATION: F4864883 |
| vs. | DISPOSITION CODE:  PF |
| SCOTT C. LOKEN, | ORDER ACCEPTING PLEA LETTER |
| Defendant. | |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated November 1, 2018, advising Plaintiff has reached an agreement with Defendant.  Plaintiff has agreed to reduce the total amount due on the violation notice from $180.00 to $90.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $90.00, which has been paid in full.

DATED this 29th day of January, 2019.

JEREMIAH C. LYNCH
United States Magistrate Judge